UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARVESTER J. JOHNSON, JR.,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA HEALTHCARE FACILITY, et al.,<br><br>Defendants. | No.  2:16-cv-1542 CKD P<br><br><br><u>FINDINGS AND RECOMMENDATIONS</u> |

Court documents recently served on plaintiff's address of record were returned by the U.S. Postal Service.  It appears that plaintiff has failed to comply with Local Rule 183(b), which requires that parties appearing pro se inform the court of any address change.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a district court judge to this case; and

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be filed and served within fourteen days after service of the objections. Plaintiff is advised that failure to file objections within the

1

specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: August 8, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
john1542.33a